UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DEREK JOSEPH BAILEY, #970890,        )
       Petitioner,                           )
                                             )    No. 2:19-cv-152
-V-                                  )
                                             )    HONORABLE PAUL L. MALONEY
JACK KOWALSKI,                       )
       Respondent.                           )
                                             )

## JUDGMENT

In accordance with the order entered on this date (ECF No. 12), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

**Date:** March 25, 2021                                      /s/ Paul L. Maloney
                                                                                 Paul L. Maloney
                                                                                 United States District Judge